## HEITMULLER v. BERKOW.
### No. 450.
Municipal Court of Appeals for the
District of Columbia.

Feb. 6, 1947.

Vincent A. Sheehy, Jr., of Washington, D. C. (Arthur C. Elgin, of Washington, D. C., on the brief), for appellant.

Sidney M. Goldstein, of Washington, D. C., for appellee.

Before CAYTON, Chief Judge, and HOOD and CLAGETT, Associate Judges.

CAYTON, Chief Judge.

Defendant appeals from a judgment of the Municipal Court awarding plaintiff $210, covering double the amount of excess rent collected by defendant in violation of the District of Columbia Emergency Rent Act, (Code 1940, 45—1610) together with an attorney's fee of $50.

The only question on this appeal is whether the claim was barred by the one-year limitation as an action "for a statutory penalty or forfeiture." That question we have today decided adversely to appellant's contention in Shenk v. Cohen, D.C.Mun. App., 51 A.2d 298. Consequently, the judgment must be affirmed.

Affirmed.